IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

**VANESSA VINSON and MILLICENT**                              **PLAINTIFFS**
**TURNER, Each Individually and on**
**Behalf of All Others Similarly Situated**

vs.                      No. 1:22-cv-1057-SOH

**HOT SHOTS – EL DORADO, MAHENDRA**                     **DEFENDANTS**
**ENTERPRISES, LLC, and HARVINDER DOD**

## CONSENT TO JOIN COLLECTIVE ACTION

      I was employed as an hourly server for Hot Shots – El Dorado, Mahendra Enterprises, LLC, and Harvinder Dod within the past three years. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u>. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

*Vanessa Vinson*
**VANESSA VINSON**
October 4, 2022

**Josh Sanford, Esq.**
**SANFORD LAW FIRM, PLLC**
**Kirkpatrick Plaza**
**10800 Financial Centre Parkway, Suite 510**
**Little Rock, Arkansas 72211**
**Telephone: (501) 221-0088**
**Facsimile: (888) 787-2040**
**josh@sanfordlawfirm.com**