IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

**VANESSA VINSON and MILLICENT**                                               **PLAINTIFFS**
**TURNER, Each Individually and on**
**Behalf of All Others Similarly Situated**

vs.                         No. 1:22-cv-1057-SOH

**HOT SHOTS – EL DORADO, MAHENDRA**                                **DEFENDANTS**
**ENTERPRISES, LLC, and HARVINDER DOD**

## JOINT RULE 26(f) REPORT

Plaintiffs Vanessa Vinson and Millicent Turner, each individually and on behalf of all others similarly situated, and Defendants Hot Shots- El Dorado, Mahendra Enterprises, LLC, and Harvinder Dod, by and through their respective undersigned counsel, submit the following information in compliance with Federal Rule of Civil Procedure 26(f) and Local Rule 26.1.

1. <u>Any changes in timing, form, or requirements of initial disclosures under Fed. R. Civ. P. 26(a).</u>

    The parties agree to produce and deliver paper or electronic copies of any documents identified in their Initial Disclosures without a formal discovery request, though the parties recognize that they may be unable to produce all such documents on the day Initial Disclosures are due. The parties agree that any documents identified but not produced on the day Initial Disclosures are due are subject to the parties' obligation to supplement their discovery disclosures under the Federal Rules of Civil Procedure.

2. <u>Date when initial disclosures were or will be made.</u>

    On or before March 13, 2023.

3. <u>Subjects on which discovery may be needed.</u>

    - All of the elements of Plaintiffs' claims and Defendants' defenses to those

- claims;
- Issues related to collective action certification;
- Issues related to willfulness / intent; and
- Damages.

4. <u>Whether any party will likely be requested to disclose or produce information from electronic or computer-based media. If so:</u>

    (a) <u>whether disclosure or production will be limited to data reasonably available to the parties in the ordinary course of business;</u>

    The parties anticipate that disclosure or production will be limited to data reasonably available to the parties in the ordinary course of business.

    (b) <u>the anticipated scope, cost and time required for disclosure or production of data beyond what is reasonably available to the parties in the ordinary course of business;</u>

    Unknown at this time.

    (c) <u>the format and media agreed to by the parties for the production of such data as well as agreed procedures for such production;</u>

    The parties will produce data in electronic format. If the data is ordinarily maintained in paper format, the parties agree to produce the data in electronic format in consecutively paginated bates numbers. The parties agree to produce ESI in electronic format such as PDF, except for spreadsheets, which should be produced in native format such as XLS.

    (d) <u>whether reasonable measures have been taken to preserve potentially discoverable data from alteration or destruction in the ordinary course of business or otherwise;</u>

    The parties have been made aware of the need to maintain the relevant records taken in the ordinary course of business.

    (e) <u>other problems which the parties anticipate may arise in connection with electronic or computer-based discovery.</u>

    None known at this time.

5. <u>Expert disclosures</u>

    Plaintiffs' Expert disclosures and reports should be produced by August 11, 2023.

    Defendants' Rebuttal reports should be produced by September 11, 2023.

6. <u>Date by which discovery should be completed.</u>

    September 11, 2023.

7. <u>Any needed changes in limitations imposed by the Federal Rules of Civil Procedure.</u>

    The parties consent to the electronic service of all documents that require service on an opposing party, including but not limited to Initial Disclosures, Interrogatories, Requests for Production of Documents, Requests for Admissions, and Notices of Deposition, as well as Responses to Interrogatories, Requests for Production of Documents, and Requests for Admission, at the primary e-mail address at which each attorney of record receives ECF filings in this case and to Plaintiff(s) at discovery@sanfordlawfirm.com. The parties agree that discovery may be signed by e-signature rather than by hand. The parties agree to produce and deliver paper or electronic copies of any documents which would ordinarily be produced subject to Federal Rules of Civil Procedure 26 or 34.

8. <u>Any Orders, e.g. protective orders, which should be entered.</u>

    Defendants anticipate the need for a protective order and will work with Plaintiffs on a proposed order.

9. <u>Any objections to initial disclosures on the ground that mandatory disclosures are not appropriate in the circumstances of the action.</u>

    None at this time.

10. <u>Any objections to the proposed trial date.</u>

    None at this time.

11. <u>Proposed deadline for joining other parties and amending the pleadings.</u>

    30 days before class certification, April 4, 2023.

12. <u>Proposed deadline for completing discovery.</u>

    120 days before trial, September 11, 2023.

13. <u>Proposed deadline for filing motions other than motions for class certification.</u>

    30 days after the close of discovery, October 11, 2023, except for motions in limine, which will be filed December 22, 2023.

14. <u>Class certification: In the case of a class action complaint, the proposed deadline for the parties to file a motion for class certification.</u>

    90 days after the 26(f) Conference, May 4, 2023.

15. <u>Estimated number of six-hour trial days needed.</u>

    2 days.

Respectfully submitted,

**VANESSA VINSON and MILLICENT TURNER, Each Individually and on Behalf of All Others Similarly Situated, PLAINTIFFS**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040

*/s/ Josh Sanford*
Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

**and   HOT SHOTS- EL DORADO, MAHENDRA ENTERPRISES, LLC, AND HARVINDER DOD, DEFENDANTS**

PPGMR LAW, PLLC
201 E. Markham Street, Suite 200
Little Rock, Arkansas 72203
Telephone: (501) 603-9000
Facsimile: (501) 603-0556

*/s/ Samuel McLelland*
Samuel McLelland
Ark. Bar No. 202101
sam@ppgmrlaw.com

Brian H. Ratcliff
Ark. Bar No. 88154
brian@ppgmrlaw.com

Molly Shepherd
Ark. Bar No. 2013187
molly@ppgmrlaw.com