IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

**VANESTA VINSON and MILLICENT**                                 **PLAINTIFFS**
**TURNER, Each Individually and on**
**Behalf of All Others Similarly Situated**

vs.                        No. 1:22-cv-1057-SOH

**HOT SHOTS – EL DORADO, MAHENDRA**                      **DEFENDANTS**
**ENTERPRISES, LLC, and HARVINDER DOD**

### MOTION TO WITHDRAW—ATTORNEY LAURA EDMONDSON

Attorney Laura Edmondson, an attorney of record herein, for her Motion to Withdraw as counsel for all Plaintiffs, states as follows:

1.    The undersigned has resigned as a full-time member of the Sanford Law Firm, PLLC, effective March 14, 2023.

2.    Colby Qualls and any other attorneys of the Sanford Law Firm, PLLC, who have entered an appearance herein will remain counsel for all Plaintiffs.

WHEREFORE, premises considered, the undersigned respectfully requests that the Court order Laura Edmondson withdrawn and terminated as counsel for Plaintiffs.

Respectfully submitted,

**ATTORNEY LAURA EDMONDSON**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040

*/s/ Laura Edmondson*
Laura Edmondson
Ark. Bar No. 2021312
laura@sanfordlawfirm.com