IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

**VANESSA VINSON and MILLICENT**                              **PLAINTIFFS**
**TURNER, Each Individually and on**
**Behalf of All Others Similarly Situated**

vs.                        No. 1:22-cv-1057-SOH

**HOT SHOTS – EL DORADO, MAHENDRA**                      **DEFENDANTS**
**ENTERPRISES, LLC, and HARVINDER DOD**

## MOTION TO WITHDRAW—JOSH SANFORD

Attorney Josh Sanford, an attorney of record herein, for his Motion to Withdraw as counsel for Plaintiffs, states as follows:

1. Colby Qualls, an attorney of record herein, resigned from Sanford Law Firm, PLLC, and is now affiliated with the law firm of Forester Haynie, PLLC.

2. As noted in Mr. Qualls' Notice of Change of Law Firm Affiliation (ECF No. 17), he will remain as counsel of record on behalf of Plaintiffs.

3. Due to Mr. Qualls' move to Forester Haynie, PLLC, and his continuing representation of Plaintiffs, Josh Sanford of Sanford Law Firm, PLLC, moves to withdraw as counsel for Plaintiffs.

4. Plaintiffs have been advised in accordance with Local Rule 83.5(f).

WHEREFORE, premises considered, the undersigned respectfully requests that the Court order Josh Sanford withdrawn and terminated as counsel for Plaintiffs.

Respectfully submitted,

**ATTORNEY JOSH SANFORD**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com