# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF ARKANSAS
# EL DORADO DIVISION

VANESSA VINSON and MILLICENT
TURNER, individually and on behalf of
all others similarly situated                                                                    PLAINTIFFS

vs.                                            No. 1:22-cv-1057-SOH

HOT SHOTS – EL DORADO; MAHENDRA
ENTERPRISES, LLC; and HARVINDER DOD                                                DEFENDANTS

## JOINT NOTICE OF SETTLEMENT AND MOTION TO STAY

COMES NOW Defendants, Hot Shots – El Dorado, Mahendra Enterprises, LLC, and Harvinder Dod (collectively "Defendants"), by and through their undersigned counsel, and Vanessa Vinson and Millicent Turner (collectively "Plaintiffs"), by and through their undersigned counsel, and for its Notice of Settlement and Motion to Stay, state as follows:

1. Parties have reached a settlement in principle regarding wages and liquidated damages in this matter.

2. Parties anticipate that settlement for wages and liquidated damages will be completed within fourteen (14) days.

3. Parties anticipate that settlement for attorney's fees will begin promptly after the settlement of wages and liquidated damages.

4. Parties ask this Court to stay all remaining deadlines in its Scheduling Order, *Doc. 13*, to allow parties time to settle fees and dismiss the case.

5. There are no collective or class claims pending before this Court and no court approval of the settlement is necessary. *See Docs. 11, 13* at 1 (certification motions were due May

4, 2023); LOCAL RULE 23.1(3) (not filing for certification by the deadline results in "waiver of all class action allegations").

6. If the Parties cannot agree on costs and a reasonable fee, Plaintiffs will submit a petition for an award of attorney's fees following dismissal of Plaintiffs' liability claims.

7. The Parties anticipate filing either their dismissal papers or a joint status report by October 8, 2023.

WHEREFORE, Parties jointly request that the scheduling order deadlines be stayed to allow Parties the time to settle the remaining fee issue and to move for dismissal afterwards; and for such other and further relief as the Court may deem just and proper.

FORESTER HAYNIE, PLLC
400 North Saint Paul Street, Ste. 700
Dallas, Texas 75201
Telephone: (214) 210-2100

Colby Qualls
Ark. Bar No. 2019246
cqualls@foresterhaynie.com

Brian H. Ratcliff (Ark. Bar # 88154)
Molly Shepherd (Ark. Bar # 2013187)
Samuel McLelland (Ark. Bar # 2020101)
PPGMR LAW, PLLC
200 North Jefferson, Suite 500
El Dorado, AR 71730
(870) 862-5523
brian@ppgmrlaw.com
molly@ppgmrlaw.com
sam@ppgmrlaw.com