IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISON

VANESSA VINSON & MILLICENT
TURNER, individually and on behalf
of all others similarly situated                                                               PLAINTIFFS

v.                                         Case No. 1:22-cv-01057

HOT SHOTS – EL DORADO; MAHENDRA
ENTERPRISES, LLC; & HARVINDER DOD                                        DEFENDANTS

## ORDER

Before the Court is the parties' Joint Motion of Settlement and Motion to Stay. ECF No. 20. The parties state that they have reached a settlement in principle regarding wages and liquidated damages in this matter. The parties request that the Court stay all remaining deadlines in the Scheduling Order (ECF No. 13) to allow the parties time to settle fees and subsequently move for dismissal of this case.

Upon review, the Court finds that good cause for the instant motion has been shown. Accordingly, the parties' Joint Motion of Settlement and Motion to Stay (ECF No. 20) is hereby **GRANTED**. The parties are required to file their dismissal or provide the Court with a status update by October 8, 2023. All current deadlines are hereby **LIFTED**.

**IT IS SO ORDERED**, this 21st day of September, 2023.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge